IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THE LITTLE ROCK DOWNTOWN
NEIGHBORHOOD ASSOCIATION, INC. *et al.*　　　　　　PLAINTIFFS

v.　　　　　　CASE NO. 4:19-cv-362 JM

FEDERAL HIGHWAY ADMINISTRATION, *et al.*　　　　　　DEFENDANTS

## JUDGMENT

For the reasons stated in the order entered today, the Second Amended Complaint is dismissed with prejudice.

IT IS SO ORDERED this 31st day of March, 2022.

_____
James M. Moody
United States District Judge